UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minute of Proceeding

OFFICE:   Trenton

JUDGE: HON. PETER G. SHERIDAN           Date: October 19, 2016

Court Reporter: FRANK GABLE

TITLE OF CASE:                          CIVIL 15-5982 (PGS)
Boehringer Ingelheim Pharmaceuticals
Inc., et al

   vs.

HEC Pharm Co., Ltd., et al
APPEARANCES:

Liza M. Walsh, Katelyn O'Reilly, Leora Ben-Ami, Jeanna Wacker and
Sam Kwon Esqs for Plaintiffs

Stamatios Stamoulis,  Esq. for Defendant HEC Pharma USA

Arnold B. Calmann, Esq. for Defendants Mylan Pharmaceuticals
Inc., Mylan Inc. and Mylan Laboratories Limited

Steven J. Daroci, Esq. for Defendant Accord Healthcare, Inc.

Philip L. Hirschhorn and Edward J. Pardon, Esqs. for Defendants
Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.

Paul H. Kochanski, Esq., for Defendant Dr. Reddys Laboratories,
LTD and Dr. Reddys Laboratories, Inc.

Anthony C. Valenziano, Esq. for Defendants Zydus Pharmaceuticals
USA, Inc. and Cadila Healthcare Ltd.

Michael E. Patunas and Christopher B. Essig, Esq. for Defendants
Sun Pharmaceutical Industries Ltd, Sun Pharma Global Fze and Teva
Pharmaceuticals USA, Inc.

Additional counsel by telephone.

**NATURE OF PROCEEDING**

Hearing on motion [321] by Aurobindo Pharma USA, Inc., Cadila Healthcare Ltd. Dr. Reddys Laboratories, Inc., Dr. Reddys Laboratories, LTD, HEC Pharm Co., Ltd., Invagen Pharmaceuticals Inc., MSN Laboratories Private Limited, MSN Pharmaceuticals, Inc., Myland Laboratories Limited, Mylan Pharmaceuticals, Inc., Prinston Pharmaceuticals, Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries LTD., Teva Pharmaceuticals USA, INC.
Ordered motion granted.

Hearing on motion [328] by Accord Healthcare, Inc., Assia Chemical Industries Ltd., Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc., Cadila Healthcare Ltd., Dr. Reddys Laboratories, Inc., Dr. Reddys Laboratories, LTD., HEC Pharm Co., LTD., HEC Pharm Group, HEC Pharm USA, Huahai US Inc., Intas Pharmaceuticals Limited, MSN Laboratories Private Limited, MSN Pharmaceuticals, Inc. Mylan Inc., Mylan Inc., Mylan Laboratories Limited, Mylan Pharmaceuticals Inc., Prinston Pharmaceuticals Inc., Solco Healthcare U.S., LLC, Sun Pharma Global FZE, Sun Pharmaceutical Industries LTD., Sun Pharmaceuticals USA, Inc., Trustees of Tufts College, Tufts Medical Center, Inc., Zhejiang Huahai Pharmaceutical Co., LTD., Zydus Pharmaceuticals USA, Inc.,to Dismiss the Claim of Infringement of U.S. Patent No. 8,853,156 by 1149336 Ontario Inc.,
Ordered motion reserved.

Order to be filed.


TIME COMMENCED:   12:00 p.m.          Dolores J. Hicks/
TIME ADJOURNED:    2:00 p.m.            Deputy Clerk
TOTAL TIME:        2:00