UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>HEC PHARM CO., LTD., et al.<br><br>*Defendants*. | Civil Action No:<br>15-cv-05982 (PGS)(TJB)<br><br>**ORDER** |

THIS MATTER having come to the Court by Defendants' HEC PHARM CO., LTD., et al., by and through its counsels, for a motion to dismiss the claims 10-17, 24 and 25 of infringement of U.S. Pat. 8,853,156 ("the '156 patent") pursuant to Fed. R. Civ. P. 12(c), and the Court having fully considered the submissions in support thereof, and any opposition thereto; and having considered the arguments of counsel on October 19, 2016, as well as the record before it; and for good cause shown;

IT IS on this __7__ day of __December__, 2016,

**ORDERED** that Defendants' motion to dismiss the claims of infringement 10-17 and 24-25 of the '156 patent pursuant to Rule 12(c) is GRANTED.

_____
PETER G. SHERIDAN, U.S.D.J.