UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, BOEHRINGER INGELHEIM CORPORATION, and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG,<br><br>*Plaintiffs,*<br>v.<br>HEC PHARM CO., LTD., HEC PHARM USA, MYLAN PHARMACEUTICALS INC., MYLAN INC., MYLAN LABORATORIES LIMITED, ACCORD HEALTHCARE, INC., AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., DR. REDDY'S LABORATORIES, LTD., DR. REDDY'S LABORATORIES, INC., ZYDUS PHARMACEUTICALS USA, INC., CADILA HEALTHCARE LTD., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., PRINSTON PHARMACEUTICAL INC., INVAGEN PHARMACEUTICALS INC., SUN PHARMACEUTICAL INDUSTRIES LTD., SUN PHARMA GLOBAL FZE, and TEVA PHARMACEUTICALS USA, INC.,<br><br>*Defendants.* | Civil Action No:<br>15-cv-5982 (PGS)(TJB)<br><br>**ORDER**<br><br>R E C E I V E D<br>OCT 1 5 2018<br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

THIS MATTER having been opened to the Court by bench trial; and the Court having fully considered the submissions in support thereof, and any opposition thereto; and having considered the arguments of counsel; and for good cause shown;

IT IS on this ___12___ day of October, 2018,

**ORDERED** The '927 Patent Claims 7, 9, 15, 17, 19, 25, 26, and '859 Patent Claims 1, 14, 15, 20, and 21 of the patents-in-suit are invalid on the grounds of nonstatutory double patenting; and it is further

**ORDERED** The '927 Patent Claims 7, 9, 15, 17, 19, 25, 26, and '859 Patent Claims 1, 14, 15, 20, and 21 of the patents-in-suit are invalid due as obvious in view of the prior art under 35 U.S.C § 103; and it is further

**ORDERED** Judgment is entered in favor of Defendants on Boheringer's claims seeking declarations of infringement.

**ORDERED** The Memorandum is sealed for a period of sixty (60) days. The parties shall confer and redact the Memorandum, within that time period.

_____
PETER G. SHERIDAN, U.S.D.J.